**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-2-19

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DanielParker@aol.com

December 2, 2019

By ECF
Hon. John G Koeltl:
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Albanelly Ramirez*
18 Cr 434 (JGK)

Dear Judge Koeltl:

I am the attorney for Albanelly Ramirez. I write requesting that the Court order that her passport, which she surrendered as a condition of her bail, be returned to her.

Her passport is currently in the custody of Pre-Trial Services.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter, directing Pre-Trial to return Ms. Ramirez's passport to her.

Thank you for your attention to this matter.

Very truly yours,

Daniel S. Parker

APPLICATION GRANTED
SO ORDERED

12/2/19

John G. Koeltl, U.S.D.J.