UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALBANELLY RAMIREZ, ET AL.,

           Defendants.

18-cr-434 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The Clerk of Court is directed to close **Docket No. 153**. The Amended Judgment in a criminal case has been filed as Docket No. 164.

**SO ORDERED.**

Dated:    New York, New York
           January 4, 2020

                                      John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-6-20