UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                           18 cr 434-06 (JGK)

LENIN GUZMAN-HIDALGO, et al.,                         **ORDER**
                                  Defendant.
-----------------------------------------------------------X

        The Court files a redacted copy of the attached Employer Acknowledgment of Wage Withholding form for defendant Abanelly Ramirez. The un-redacted original will be filed under seal.

**SO ORDERED.**

                                                                      JOHN G. KOELTL
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 27, 2025

## EMPLOYER ACKNOWLEDGEMENT OF WAGE WITHHOLDING

RE:
Student Loan Debt for ALBA NELLY RAMIREZ
(Employee/Obligor name)

Case Number: 18CR0043406JGK

Employer Name: ALL AMERICAN HEAL

Employer Address: 1 WEST 34TH STREET SUITE 401

NEW YORK, NY 10001

Obligor is __X__ is not _____ employed.

Obligor Status: ACTIVE                    Status Date: 01/01/2021

Obligor last known address: ▬▬▬▬▬▬▬▬▬
▬▬▬▬
▬▬▬▬▬▬

If employed, payments of approximately 5% of disposable pay will be
forwarded to CLERK OF COURT _____ on a _____ basis.

☐ Obligor is subject to other liens. See attached if applicable.

☐ Obligor has filed a petition in bankruptcy court.

☒ Obligor does not earn enough to garnish at this time per federal minimum wage requirement or due to higher priority lien.

Obligors disposable earnings for this pay period _____

*All questions concerning this document should be directed to 800-823-6731.*

Sincerely,

ADP Garnishment Services                    11/06/2024
                                            Date

Under the penalties provided by applicable law, ADP Garnishment Services certifies that the statements set forth in this instrument are true and correct and that, to the extent required by applicable law, a copy of this completed acknowledgment has been mailed to all parties required by law.

57N4                                                              Page 1 of 1

ADP LETTER - ADPAAAD



103
CLERK OF COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST
RM 260
NEW YORK, NY   10007

Web: https://garnishments.adp.com
E-mail : garn.agencyhelp@adp.com
Phone: (800) 823-6731