UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                            18-cr-434-6 (JGK)

ALBANELLY RAMIREZ,                                     ORDER

                    Defendant.

JOHN G. KOELTL, District Judge:

The defendant sought a reduction in the amount that the Government withholds from her tax refund (without affecting her other Government relief). In response, by letter dated March 10, 2025, the Government advised that the Government has already determined that the Government will return 50% of the Government's offset to the defendant. If the defendant is unsatisfied with that determination, the defendant can seek administrative review of that determination and, if necessary, further review from this Court.

Accordingly, the defendant's request for further relief is **denied without prejudice** to any further requests by the defendant after any administrative appeal by the defendant.

SO ORDERED.

Dated:   New York, New York
         April 2, 2025

                                        _____
                                              John G. Koeltl
                                        United States District Judge